IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAMIEN GREEN,

                Plaintiff,

v.

CASSANDRA BAIER, RACHEL MATUSHAK,
DEREK HENNING, BARRY DAUGHTRY,
JENIFFER KILMER, and DR. LAVOIE,

                Defendants.

OPINION and ORDER

24-cv-296-jdp

---

I dismissed plaintiff Damien Green's complaint because he didn't explain which of the defendants took each particular action that Green says harmed him. Dkt. 8. I gave Green until December 17, 2024, to submit an amended complaint, but he has not done so. Accordingly, this case will be dismissed, and I will direct the clerk of court to record a "strike" under 28 U.S.C. § 1915(g). *See Paul v. Marberry*, 658 F.3d 702, 704–06 (7th Cir. 2011) (court should give strike for failure to correct pleading that violates Federal Rules of Civil Procedure).

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for plaintiff's failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to enter judgment accordingly and close this case.

3. A strike will be recorded under 28 U.S.C. § 1915(g).

Entered January 13, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge
